UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER MCDANIEL,

    Plaintiff,

v.

                              Case No. 23-cv-10923
                              Honorable Linda V. Parker

FNU STEWART and
HAYNIE BRADLEY,

    Defendants.

_____/

**<u>OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 21) AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 16.)</u>**

Plaintiff commenced this civil rights action against Defendants on April 20, 2023.  On September 28, 2023, Defendants filed a motion for summary judgment for failure to exhaust administrative remedies.  (ECF No. 16.)  The matter has been assigned to Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 17.)

On February 29, 2024, Magistrate Judge Stafford issued a report and recommendation ("R&R") recommending that the Court grant Defendants' motion.  (ECF No. 21.)  At the conclusion of the R&R, Magistrate Judge Stafford advises

the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  Magistrate Judge Stafford further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id*.)  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendants' motion for summary judgment (ECF No. 16) is **GRANTED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: April 5, 2024

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 5, 2024, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager